1017

[No. 892-1.    Division One—Panel 2.    May 1, 1972.]
THE STATE OF WASHINGTON, *Respondent*, v. SAM THOMAS, *Appellant*.

[No. 1021-1.    Division One—Panel 2.    May 1, 1972.]
KERNEY TOWERY, *Appellant*, v. LEE TOWERY et al., *Respondents*.

[No. 1089-1.    Division One—Panel 2.    May 1, 1972.]
D. H. MAY, *Appellant*, v. NEILA M. COOK et al., *Respondents*.

[No. 1352-1.    Division One—Panel 2.    May 1, 1972.]
JOHN P. WEIDERT et al., *Respondents*, v. AULT IRRIGATION EQUIPMENT, INC., et al., *Appellants*.

MOORE-RANE MANUFACTURING COMPANY, *Appellant*, v. AULT IRRIGATION EQUIPMENT, INC., *Respondent*.

[No. 813-41384-1.    Division Three.    May 8, 1972.]
GLEN FALLS INSURANCE COMPANY, *Appellant*, v. VERLE R. VIETZKE et al., *Respondents*.